**C.O. LAW, APC**
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
2404 Broadway, Suite 150
San Diego, CA 92102
Telephone: (619) 356-8960
Facsimile:  (619) 330-7610

*Attorneys for Plaintiff*,
Mauro Calvillo Aguila

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAURO CALVILLO AGUILA,** | **Case No.: 21-cv-940-JWH-SHK** |
| **Plaintiff,** | **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT AMERICAN HONDA FINANCE CORPORATION** |
| v. | |
| **AMERICAN HONDA FINANCE CORPORATION and EQUIFAX INFORMATION SERVICES LLC,** | |
| **Defendants.** | |

///
///
///
///
///
///
///
///
///
///
///

C.O. LAW, APC
2404 BROADWAY, SUITE 150
SAN DIEGO, CA 92102

Plaintiff MAURO CALVILLO AGUILA ("PLAINTIFF") hereby notifies the Court that he and Defendant AMERICAN HONDA FINANCE CORPORATION ("AHFC") have reached a settlement in this matter and are in the process of completing the final closing documents and filing dismissal papers. As AHFC has not filed an answer or a motion for summary judgment in this action, PLAINTIFF anticipates filing a voluntary dismissal (with prejudice), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), with respect to AHFC.

Plaintiff requests that all pending dates and filing requirements pertaining to AHFC be vacated and that the Court set a deadline on or after September 29, 2021 for filing a Notice of Voluntary Dismissal as to AHFC.

Respectfully submitted,

Dated: July 30, 2021.                               C.O. LAW, APC


                                                    By: /s/ Clark Ovruchesky
                                                         CLARK OVRUCHESKY, ESQ.
                                                         ATTORNEY FOR PLAINTIFF

C.O. LAW, APC
2404 BROADWAY, SUITE 150
SAN DIEGO, CA 92102

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is C.O. LAW, APC, 2404 Broadway, Suite 150, San Diego, CA 92102. On July 30, 2021, I served the within document(s):

- **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT AMERICAN HONDA FINANCE CORPORATION**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m.  The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury that the above is true and correct (and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made).

Executed on July 30, 2021, in San Diego, CA.

By: /s/ Clark Ovruchesky
CLARK OVRUCHESKY, ESQ.
ATTORNEY FOR PLAINTIFF