**C.O. LAW, APC**
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
2404 Broadway, Suite 150
San Diego, CA 92102
Telephone: (619) 356-8960
Facsimile:  (619) 330-7610

*Attorneys for Plaintiff,*
Mauro Calvillo Aguila

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURO CALVILLO AGUILA,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA FINANCE CORPORATION and EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendants. | Case No.: 21-cv-940-JWH-SHK<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)** |

///

///

///

///

///

///

///

C.O. LAW, APC
2404 BROADWAY, SUITE 150
SAN DIEGO, CA 92102

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff MAURO CALVILLO AGUILLA ("PLAINTIFF") hereby voluntarily dismisses Defendant EQUIFAX INFORMATION SERVICES LLC ("EQUIFAX") from the above-captioned action, with prejudice, with each party to bear their own attorneys' fees and costs. As grounds therefore, PLAINTIFF states that EQUIFAX has not filed an answer or a motion for summary judgment in this action.

Respectfully submitted,

Dated: September 23, 2021                    C.O. LAW, APC


                                             By: /s/ Clark Ovruchesky
                                                 CLARK OVRUCHESKY, ESQ.
                                                 ATTORNEY FOR PLAINTIFF

C.O. LAW, APC
2404 BROADWAY, SUITE 150
SAN DIEGO, CA 92102

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is C.O. LAW, APC, 2404 Broadway, Suite 150, San Diego, CA 92102. On September 23, 2021, I served the within document(s):

- **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)**

☒    CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m.  The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury that the above is true and correct (and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made).

Executed on September 23, 2021, 2021, in San Diego, CA.

By: /s/ Clark Ovruchesky
CLARK OVRUCHESKY, ESQ.
ATTORNEY FOR PLAINTIFF

PROOF OF SERVICE